UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUAN MARTINEZ,

                                Plaintiff,

   -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                               Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV-4277 (ARR)

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on November 8, 2005, denying defendant's motion for judgment on the pleadings; reversing the Commissioner's decision; and remanding the case to the Commissioner for further proceedings consistent with the Court's Opinion and Order of November 4, 2005; it is

      ORDERED and ADJUDGED that defendant's motion for judgment on the pleadings is denied; that the Commissioner's decision is reversed; and that the case is remanded to the Commissioner for further proceedings consistent with the Court's Opinion and Order of November 4, 2005.


Dated: Brooklyn, New York
        November 08, 2005

                                                    ROBERT C. HEINEMANN
                                                   Clerk of Court