ORIGINAL

SLR:JMK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

JUAN MARTINEZ,

              Plaintiff,

   -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

             Defendant.
- - - - - - - - - - - - - - - - -X

**STIPULATION AND ORDER**
**REGARDING ATTORNEY FEES**

Civil Action
CV-04-4277

(Ross, J.)

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the plaintiff and counsel for the defendant, that plaintiff is hereby awarded $1,608.00 (One Thousand Six Hundred and Eight Dollars and Zero Cents) to be paid to plaintiff's Attorney, in full satisfaction of his claim for attorney fees pursuant to 28 U.S.C. § 2412, the Equal Access to Justice Act.

Dated: December 13, 2005

                                          Richard P. Morris, Esq.
                                          Klein, Wagner & Morris
                                          Attorneys for Plaintiff
                                          277 Broadway, 9th floor
                                          New York, New York 10007

Martinez v. Commissioner, CV-04-4277 (EAJA Stipulation)

| | |
|---|---|
| Brooklyn, New York<br>December 7, 2005 | ROSLYNN R. MAUSKOPF<br>United States Attorney<br>Eastern District of New York<br>Attorney for Defendant<br>One Pierrepont Plaza, 14th fl<br>Brooklyn, NY 11201 |

By: _____
JOHN M. KELLY (jmk 3430)
Special Asst. U.S. Attorney
(718) 254-6085/7000

SO ORDERED:

_____  12/16/05
Honorable Allyne R. Ross
United States District Judge